**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | IHAROLD | C. | VINES |
| | First Name | Middle Name | Last Name |
| Debtor 2 | PATRICIA | H. | VINES |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: BALTIMORE District of MARYLAND (State)

Case number (If known): 18-22053

FILED
2018 OCT 22 PM 1:11
U.S. BANKRUPTCY COURT
DISTRICT OF MARYLAND
BALTIMORE

#31
#40127959

☐ Check if this is an amended filing

## Official Form 106E/F

# Schedule E/F: Creditors Who Have Unsecured Claims             12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

### Part 1: List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims against you?**
   HCV ☒ No. Go to Part 2.
   ☒̶ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.
   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|

**2.1**
Priority Creditor's Name: Capital One
Number Street: PO Box 71053
City State ZIP Code: Charlote NC

Last 4 digits of account number: 9798   $5799.5   $_____   $_____
When was the debt incurred? ongoing

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

Who incurred the debt? Check one.
☒ Debtor 1 only
☐ Debtor 2 only
HCV ☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Type of PRIORITY unsecured claim:
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

Is the claim subject to offset?
☒ No
☐ Yes

**2.2**
Priority Creditor's Name: WF Flooring
Number Street: PO Box 14517
City State ZIP Code: Des Moines IA 50306

Last 4 digits of account number: 3337   $7000.00   $_____   $_____
When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

Who incurred the debt? Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Type of PRIORITY unsecured claim:
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

Is the claim subject to offset?
☒ No
☐ Yes

Debtor 1  **HAROLD** **C.** **VINES**
_____ _____ _____
First Name  Middle Name  Last Name

Case number (if known) _____

## Part 1: Your PRIORITY Unsecured Claims – Continuation Page

After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth.

| | Total claim | Priority amount | Nonpriority amount |

☐ **Merrick Bank**
Priority Creditor's Name
**PO Box 66072**
Number   Street
**Dallas Texas 55266**

Last 4 digits of account number __ __ __ __

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $1200.00   Priority: $1200.00   Nonpriority: $____

Who incurred the debt? Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Type of PRIORITY unsecured claim:
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

Is the claim subject to offset?
☒ No
☐ Yes

---

☐ **Capital One**
Priority Creditor's Name
**PO Box 71083**
Number   Street
**Charlotte NC 28272**

Last 4 digits of account number **4 2 5 5**

When was the debt incurred? **ongoing**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $428.36   Priority: $____   Nonpriority: $____

Who incurred the debt? Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Type of PRIORITY unsecured claim:
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

Is the claim subject to offset?
☐ No
☒ Yes

---

☐ **Credit First**
Priority Creditor's Name
**PO Box 81410**
Number   Street
**Cleveland OH 44101**

Last 4 digits of account number **6 0 7 1**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

Total claim: $730.00   Priority: $____   Nonpriority: $____

Who incurred the debt? Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Type of PRIORITY unsecured claim:
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

Is the claim subject to offset?
☒ No
☐ Yes

---

Official Form 106E/F        Schedule E/F: Creditors Who Have Unsecured Claims        page 1 of 4

Debtor 1  1HAROLD  C.  VINES
          First Name  Middle Name  Last Name

Case number (if known) _____

### Part 2: List All of Your NONPRIORITY Unsecured Claims

3. Do any creditors have nonpriority unsecured claims against you?
   ☒ No. You have nothing to report in this part. Submit this form to the court with your other schedules.
   ☐ Yes

4. List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim. If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

**4.1**
Nonpriority Creditor's Name: BJ'S
PO Box 69834
S Antonio TX 78265

Last 4 digits of account number  3 6 1 7
Total claim: $4916.41

When was the debt incurred? _____

Who incurred the debt? Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?
☐ No
☐ Yes

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

**4.2**
Nonpriority Creditor's Name: Credit ONE Bank

Last 4 digits of account number  D 6 9 1
Total claim: $1900.00

When was the debt incurred? _____

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?
☐ No
☐ Yes

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

**4.3**
Nonpriority Creditor's Name: Synchany Bank
PO Box 41021
Norfork VA 23541

Last 4 digits of account number  __ __ __ __
Total claim: $1000.00

When was the debt incurred? _____

Who incurred the debt? Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?
☐ No
☐ Yes

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

Official Form 106E/F        Schedule E/F: Creditors Who Have Unsecured Claims        page 2 of 4

Debtor 1  HAROLD   C.   VINES
         First Name  Middle Name  Last Name

Case number (if known) _____

## Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.

Total claim

☐ Wells Fargo Bank
Nonpriority Creditor's Name
PO Box 660533
Number    Street
Dallas TX 75266
City      State   ZIP Code

Last 4 digits of account number  6 5 8 2

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ ~~30,000~~
20,000.00

Who incurred the debt? Check one.
☐ Debtor 1 only
☒ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?
☐ No
☐ Yes

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

---

☐ ~~HCV Flooring~~ Money Key
Nonpriority Creditor's Name
~~PO Box 14577~~
Number    Street
Des Moines IA 50306
City      State   ZIP Code

Last 4 digits of account number  unknown

When was the debt incurred?  2017

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 900.00

Who incurred the debt? Check one.
☐ Debtor 1 only
☒ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?
☐ No
☐ Yes

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

---

☐ Cash Net USA
Nonpriority Creditor's Name
175 W Jackson Blvd
Number    Street
Chicago IL 60604
City      State   ZIP Code

Last 4 digits of account number  3 5 3 2

When was the debt incurred?  ongoing

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1200.00

Who incurred the debt? Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?
☐ No
☐ Yes

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

---

Official Form 106E/F    Schedule E/F: Creditors Who Have Unsecured Claims    page 2 of 4

Fill in this information to identify your case:

Debtor 1: HAROLD C. VINES
(First Name, Middle Name, Last Name)

Debtor 2: Patricia H. VINES
(Spouse, if filing) (First Name, Middle Name, Last Name)

United States Bankruptcy Court for the: Baltimore District of MARYLAND

Case number: 18-22053
(If known)

Check if this is:
☒ An amended filing
☐ A supplement showing postpetition chapter 13 expenses as of the following date:
_____
MM / DD / YYYY

FILED
2018 OCT 22 PM 1:11
U.S. BANKRUPTCY COURT
DISTRICT OF MARYLAND
BALTIMORE

## Official Form 106J
# Schedule J: Your Expenses
12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Your Household

1. Is this a joint case?

    ☐ No. Go to line 2.
    ☒ Yes. Does Debtor 2 live in a separate household?

    ☒ No
    ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household of Debtor 2*.

2. Do you have dependents?  ☒ No
   Do not list Debtor 1 and Debtor 2.  ☐ Yes. Fill out this information for each dependent..........
   Do not state the dependents' names.

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| | | ☐ No ☐ Yes |
| | | ☐ No ☐ Yes |
| | | ☐ No ☐ Yes |
| | | ☐ No ☐ Yes |
| | | ☐ No ☐ Yes |

3. Do your expenses include expenses of people other than yourself and your dependents?
   ☒ No
   ☐ Yes

### Part 2: Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

Your expenses

4. The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot.  
   4. $ 1985.00

   If not included in line 4:
   4a. Real estate taxes  4a. $ 350.00
   4b. Property, homeowner's, or renter's insurance  4b. $ 100.00
   4c. Home maintenance, repair, and upkeep expenses  4c. $ 100.00
   4d. Homeowner's association or condominium dues  4d. $ 100.00

Official Form 106J                Schedule J: Your Expenses                page 1

Debtor 1   HAROLD C VINES
          First Name  Middle Name  Last Name

Case number (if known) 18-22053

**Your expenses**

5. **Additional mortgage payments for your residence**, such as home equity loans       5. $ _____

6. **Utilities:**
   - 6a. Electricity, heat, natural gas       6a. $ 350.00
   - 6b. Water, sewer, garbage collection       6b. $ 30.00
   - 6c. Telephone, cell phone, Internet, satellite, and cable services       6c. $ 260.00
   - 6d. Other. Specify: Landline       6d. $ 35.00

7. **Food and housekeeping supplies**       7. $ 300.00

8. **Childcare and children's education costs**       8. $ -0-

9. **Clothing, laundry, and dry cleaning**       9. $ 70.00

10. **Personal care products and services**       10. $ 20.00

11. **Medical and dental expenses**       11. $ 50.00

12. **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments.       12. $ 160.00

13. **Entertainment, clubs, recreation, newspapers, magazines, and books**       13. $ 30.00

14. **Charitable contributions and religious donations**       14. $ 500.00

15. **Insurance.**
    Do not include insurance deducted from your pay or included in lines 4 or 20.
    - 15a. Life insurance       15a. $ _____
    - 15b. Health insurance       15b. $ _____
    - 15c. Vehicle insurance       15c. $ 220.00
    - 15d. Other insurance. Specify: _____       15d. $ _____

16. **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20.
    Specify: _____       16. $ _____

17. **Installment or lease payments:**
    - 17a. Car payments for Vehicle 1       17a. $ -0-
    - 17b. Car payments for Vehicle 2       17b. $ -0-
    - 17c. Other. Specify: _____       17c. $ -0-
    - 17d. Other. Specify: _____       17d. $ _____

18. **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, Schedule I, Your Income (Official Form 106I).**       18. $ -0-

19. **Other payments you make to support others who do not live with you.**
    Specify: _____       19. $ -0-

20. **Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income.**
    - 20a. Mortgages on other property       20a. $ -0-
    - 20b. Real estate taxes       20b. $ ~~0~~
    - 20c. Property, homeowner's, or renter's insurance       20c. $ ~~100.00~~
    - 20d. Maintenance, repair, and upkeep expenses       20d. $ 0
    - 20e. Homeowner's association or condominium dues       20e. $ -0-

Official Form 106J                Schedule J: Your Expenses                page 2

Debtor 1  HAROLD Q VINES
         First Name  Middle Name  Last Name

Case number (if known) 1822053

21. Other. Specify: _____   21.  +$ _____

22. **Calculate your monthly expenses.**

   22a. Add lines 4 through 21.   22a. $ 4110.00

   22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2   22b. $ 0

   22c. Add line 22a and 22b. The result is your monthly expenses.   22c. $ 4110.00

23. **Calculate your monthly net income.**

   23a. Copy line 12 (your combined monthly income) from Schedule I.   23a. $ 5200.00

   23b. Copy your monthly expenses from line 22c above.   23b. -$ 4110.00

   23c. Subtract your monthly expenses from your monthly income.
        The result is your monthly net income.   23c. $ 1090.00

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**

   For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

   ☐ No.
   ☒ Yes.   Explain here: Cost of living going up, And we are on a fixed income

Official Form 106J                    Schedule J: Your Expenses                    page 3

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | HAROLD VINES |
| | First Name    Middle Name    Last Name |
| Debtor 2 | PATRICIA VINES |
| (Spouse, if filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: _____ District of _____ | |
| Case number (If known) _____ | |

☐ Check if this is an amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules          12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

☑ No

☐ Yes. Name of person_____. Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

x _Harold Vines_                    x _Patricia Vines_
Signature of Debtor 1                Signature of Debtor 2

Date _____                 Date _____
    MM / DD / YYYY                        MM / DD / YYYY

Official Form 106Dec            Declaration About an Individual Debtor's Schedules