United States Bankruptcy Court
District of Maryland

In re:                                                                  Case No. 18-22053-MMH
Harold C. Vines                                                         Chapter 7
Patricia H. Vines
         Debtors

# CERTIFICATE OF NOTICE

District/off: 0416-1          User: edevine          Page 1 of 1          Date Rcvd: Sep 24, 2019
                              Form ID: stint         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 26, 2019.
db/db         +Harold C. Vines,    Patricia H. Vines,    5411 Harvest Moon Lane,   Columbia, MD 21044-1806

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 26, 2019                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 24, 2019 at the address(es) listed below:
              Craig B. Leavers    craig@leaverslaw.com
              Elizabeth Marian Abood-Carroll    ANHSOrlans@InfoEx.com,   ecfaccount@orlans.com
              Hugh Justin Green    ecfaccount@orlans.com,    ANHSOrlans@InfoEx.com
              Mark David Meyer    bankruptcy@rosenberg-assoc.com
              Marlene A. Johnson    marleneajohnson@marleneajohnsonlaw.com,   info@marleneajohnsonlaw.com,
               taniyahabdulbarr@marleneajohnsonlaw.com,andreascott@marleneajohnsonlaw.com
              Michael T Freeman    mfreeman@siwpc.com,    npatel@siwpc.com,razzam@siwpc.com,bkreferrals@siwpc.com,
               siwbkecf@siwpc.com,siwpc@ecf.courtdrive.com,siwattecf@siwpc.com
              Nancy  Spencer Grigsby    grigsbyecf@ch13md.com
              Randa S Azzam    RAzzam@siwpc.com,    mfreeman@siwpc.com,npatel@siwpc.com,bkreferrals@siwpc.com,
               siwbkecf@siwpc.com,siwpc@ecf.courtdrive.com,siwattecf@siwpc.com
                                                                                             TOTAL: 8

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

In re:    Case No.: **18–22053 – MMH**    Chapter: **7**

**Harold C. Vines and**
**Patricia H. Vines**
Debtors

# NOTICE OF MISSING STATEMENT OF INTENT

| | |
|---|---|
| DOCUMENT: | **Voluntary Petition** |
| PROBLEM: | **The Statement of Intention is missing.** |
| CURE: | **The Statement of Intention shall be filed with the Court by the date below.**<br>**A copy of the Statement of Intention shall be served on the trustee and creditors named in the statement on or before the filing of the statement.** |

**The above deficiency must be cured by 10/24/19 , or on or before the date of the first meeting of the creditors, whichever is earlier.**

**Additional information for non−attorney filers is available at**
**http://www.mdb.uscourts.gov/content/no−attorney**

Dated: 9/24/19

                                          Mark A. Neal, Clerk of Court
                                          by Deputy Clerk, Ellen Devine
                                          410−962−4076

cc:    Debtor
        Attorney for Debtor − Marlene A. Johnson

Form stint (rev. 03/2005)